IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3128 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK R. SCHNEIDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 37 from the public docket sheet and file it as a sealed pleading.

Dated June 13, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge