# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:04CR3128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER GRANTING MOTION** |
| vs. | ) | **TO SEAL MOTION** |
| | ) | **FOR INTERIM PAYMENTS** |
| MARK SCHNEIDER, | ) | **AND ANY ACCOMPANYING** |
| | ) | **ORDER** |
| Defendant. | ) | |

Before this Court is the Defendant's Motion to Seal to-be-filed Motion for Interim Payments and any accompanying order. Upon due consideration of the same, the Motion to Seal, filing 42, is hereby granted and the to-be-filed Motion and any accompanying order shall be filed under seal.

DATED: July 5, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge