IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:04CR3128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER GRANTING MOTION |
| vs. | ) | TO SEAL MOTION |
| | ) | TO WITHDRAW AS COUNSEL |
| MARK SCHNEIDER, | ) | AND ANY ACCOMPANYING |
| | ) | ORDER |
| Defendant. | ) | |

Before this Court is the Defendant's Motion to seal Motion to Withdraw as Counsel and any accompanying order. Upon due consideration of the same,

IT IS ORDERED, the Motion to Seal, filing 47, is hereby granted and the to-be-filed Motion and any accompanying order shall be filed under seal.

DATED: September 2, 2005

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge