```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,            )
                                     )
             Plaintiff,         )
                                     )        4:04CR3128
    v.                                 )
                                     )
MARK R. SCHNEIDER,                   )
                                     )           ORDER
             Defendant.         )
                                     )

     Substitute counsel has now been appointed and entered an appearance in this case.

     IT THEREFORE HEREBY IS ORDERED,

     1.  Trial of this matter is set to commence at 9:00 a.m., December 12, 2005, for a duration of four trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

     2.  The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between September 10, 2005 and October 10, 2005 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

     DATED this 28th day of October, 2005.

                                   BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge