IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3128 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK R. SCHNEIDER, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on defendant's motion to continue trial, filing 69. The Court, being fully advised in the premises, and noting the government has no objection to the continuance, finds that the motion should be granted.

IT IS THEREFORE ORDERED:

(1) Defendant's motion to continue, filing 69, is granted.

(2) The defendant's trial is set to commence before the undersigned at 9:00 a.m. on January 17, 2006 for a duration of four trial days. Jury selection will be at the commencement of trial.

(3) This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between December 12, 2005 and January 17, 2006 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

December 6, 2005        BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge