IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3128 |
| v. | ) | |
| | ) | |
| MARK R. SCHNEIDER, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant has filed a motion seeking a release from custody pending his sentencing in this case. Defendant has entered a plea of guilty and is scheduled to be sentenced on March 24, 2006. The motion says he would like to be able to "visit" his ailing father, and to "visit" his other family, and obtain medical evaluations before he goes to prison. The problem with the motion is that there is no proposal for a place for him to live. The court cannot consider the motion without a specific proposal for residence and conditions.

IT THEREFORE HEREBY IS ORDERED, the motion for release, filing 84, is denied.

DATED this 13th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge