```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04CR3128 |
| v. ) | |
| ) | |
| MARK R. SCHNEIDER, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

A hearing on Pretrial Services' petition for reconsideration, filing 98, will be held at 11:00 a.m., March 10, 2006 before the undersigned in Courtroom 2.

Defendant shall be present for the hearing.

DATED this 2nd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge