IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3128-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MARK R. SCHNEIDER, | ) | |
| | ) | |
| Defendant. | ) | |

After consideration of the appeal and request for stay,

IT IS ORDERED that:

(1) Magistrate Judge Piester's order releasing the defendant is herewith stayed and the appeal will be considered at sentencing.

(2) The appeal (filing 102, part 1) is held in abeyance and the request for stay (filing 102, part 2) is granted.

March 23, 2006.                    BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge