IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARK R. SCHNEIDER,<br><br>    Defendants. | **4:04CR3128**<br><br>**ORDER** |

Defendant Mark R. Schneider's unopposed motion, (Filing No. 239), is granted as follows:

1) Defendant shall be released to the state detainer to fully serve his two pending sentences of incarceration arising out of Lancaster County, Nebraska.

2) Upon Defendant's release to the state detainer, a federal detainer shall be (or shall remain) lodged against him so that upon full service of the incarceration portion of his state sentences, he is immediately returned to federal custody.

Dated this 9th day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge